**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br>     Keith M. Woodson <br><br>                           Debtors. | Chapter 13 |
| Nationstar Mortgage LLC, <br>                       Movant, <br> vs. <br> Keith M. Woodson, <br>                 Debtors / Respondents, <br> and <br> William C. Miller, <br>                 Trustee / Respondent. | Case No.: 16-17313-mdc <br><br> **Hearing Date: February 16, 2017** <br> **Time: 11:00 am** <br><br> Location: Courtroom 2 |

\* \* \* \* \* \* \*

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

     Nationstar Mortgage LLC has filed a Motion for Relief from the Automatic Stay and Co-Debtor Stay with the Court for leave to enforce its rights as determined by state and/or other applicable law with regard to real property.

     **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

     1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **February 9, 2017**, you or your attorney must do <u>all</u> of the following:

          (a)    file an answer explaining your position at:

               United States Bankruptcy Court
               Eastern District of Pennsylvania
               Office of the Clerk
               900 Market Street
               Philadelphia, PA 19107

          (b)    mail a copy to the Movant's attorney:

               Matthew C. Waldt, Esquire
               Milstead & Associates, LLC
               1 East Stow Road
               Marlton, NJ 08053
               Phone No.: 856-482-1400
               Fax No.: 856-482-9190

    (c)  mail a copy to the Chapter 13 Trustee:

      William C. Miller, Trustee
      1234 Market Street
      Suite 1813
      Philadelphia, PA 19107

  2.  If you or your attorney do not take the steps described in paragraphs 1(a), 1(b) and 1(c) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

  3.  A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on **February 16, 2017 at 11:00 a.m.** in Courtroom 2, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

  4.  If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5.  You may contact the Bankruptcy Clerk's office at 215-908-2801 to find out whether the hearing has been cancelled because no one filed an answer to the Motion.

            Respectfully submitted,
            MILSTEAD & ASSOCIATES, LLC

DATED: January 26, 2017

            /s/Matthew C. Waldt
            Matthew C. Waldt, Esquire
            Attorney ID No. 203308
            mwaldt@milsteadlaw.com
            1 East Stow Road
            Marlton, NJ 08053
            Attorneys for Movant