# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Keith M. Woodson,<br><br>              Debtor | Chapter 13<br><br>Case No.: 16-17313-mdc |
| Nationstar Mortgage LLC,<br>              Movant,<br>vs.<br>Keith M. Woodson,<br>              Debtor / Respondent,<br>and<br>William C. Miller,<br>              Trustee / Respondent. | |

## ORDER

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on March 2, 2017 with regard to the above matter is APPROVED.

March 9, 2017

*/s/ Magdeline D. Coleman*

Hon. Magdeline D. Coleman, U.S.B.J.

200206-12