**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| KEITH M. WOODSON, | ) | CASE NO. 16-17313-MDC |
| | ) | |
| Debtor | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| WESTLAKE FINANCIAL SERVICES, | ) | **HEARING DATE**: |
| Movant | ) | Thursday, May 11, 2017 |
| vs. | ) | 11:00 a.m. |
| | ) | |
| KEITH M. WOODSON, Debtor | ) | **LOCATION**: |
| And LAKEISHA ADKINS, | ) | U.S. Bankruptcy Court |
| Respondent | ) | Robert N.C. Nix Federal Courthouse |
| and | ) | Courtroom # 2 |
| WILLIAM C. MILLER, | ) | 900 Market Street |
| Trustee | ) | Philadelphia, PA 19107 |
| | ) | |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

*Westlake Financial Services has filed a Motion for Relief with the Court to Lift the Automatic Stay to Permit Westlake Financial Services to Repossess Debtors' Property described as a 2006 Nissan Quest S Special Edition Minivan 4D, V.I.N. 5N1BV28U86N116681.*

**Your rights may be affected.**   **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.   (If you do not have an attorney, you may wish to consult an attorney.)**

1.   If you do not want the court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before April 27, 2017 you or your attorney must do all of the following:

      a) file an answer explaining your position at

> *United States Bankruptcy Court Clerk*
> *Eastern District of Pennsylvania*
> *900 Market Street*
> *Philadelphia, PA 19107*

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:

    *Jason Brett Schwartz, Esquire*
    *Mester & Schwartz, P.C.*
    *1333 Race Street*
    *Philadelphia, PA 19107*
    *(267) 909-9036*
    *(215) 665-1393 Fax*

    and

    *William C. Miller, Trustee*
    *1234 Market Street, Suite 1813*
    *Philadelphia, PA 19107*

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on Thursday, May 11, 2017 at 11:00 a.m., United States Bankruptcy Court, Eastern District of Pennsylvania, 900 Market Street, Courtroom #2, Philadelphia, PA 19107

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: April 13, 2017