# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Keith M. Woodson;<br><br>　　　　　　　　Debtor<br>Nationstar Mortgage LLC,<br>　　　　　　　　Movant,<br>vs.<br>Keith M. Woodson<br>　　　　　　　　Debtor / Respondent, | Chapter 13<br><br>Case No.: 16-17313-mdc |

## PRAECIPE TO WITHDRAW CERTIFICATION OF DEFAULT

NOW COMES, Nationstar Mortgage LLC, by and through the undersigned counsel, and hereby withdraws the Certification of Default filed on 5/24/17 (document number 46). Said Certification is being withdrawn without prejudice.

|  |  |
|---|---|
| DATED:  June 20, 2017 | Respectfully submitted,<br>MILSTEAD & ASSOCIATES, LLC<br>　 /s/Matthew C. Waldt<br>Matthew C. Waldt, Esquire<br>Attorney ID No. 203308<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>Attorneys for Movant |

200206-13

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Keith M. Woodson;<br><br>                    Debtor<br>Nationstar Mortgage LLC,<br>            Movant,<br>vs.<br>Keith M. Woodson<br>           Debtor / Respondent, | Chapter 13<br><br>Case No.: 16-17313-mdc |

### CERTIFICATION OF SERVICE

    Matthew C. Waldt, Esquire counsel for Movant, hereby certifies that a copy of the Praecipe to Withdraw Certification of Default was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on June 20, 2017, addressed as follows:

| William C. Miller<br>Chapter 13 Trustee<br>1234 Market Street<br>Suite 1813<br>Philadelphia, PA 19107<br>*via electronic transmission* | Raymond M. Kempinski, Esq.<br>1700 Market Street<br>Suite 1005<br>Philadelphia, PA 19103<br>*via electronic transmission* |
|---|---|

 

DATED:  June 20, 2017

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC
   /s/Matthew C. Waldt
Matthew C. Waldt, Esquire
Attorney ID No. 203308
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant

200206-13