*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Keith M Woodson
    Debtor(s)

Case No: 16–17313–mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default filed by Creditor NATIONSTAR MORTGAGE LLC

    on: 11/30/17

    at: 11:00 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  11/13/17

Timothy B. McGrath
Clerk of Court

67 – 66
Form 167