# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Keith M. Woodson;<br><br>      Debtor | Chapter 13<br><br>Case No.: 16-17313-mdc |
| Nationstar Mortgage LLC,<br>      Movant,<br>vs.<br>Keith M. Woodson<br>      Debtor / Respondent,<br>and<br>William C. Miller,<br>      Trustee / Respondent. | |

## PRAECIPE TO WITHDRAW CERTIFICATION OF DEFAULT

NOW COMES, Nationstar Mortgage LLC, by and through the undersigned counsel, and hereby withdraws the Certification of Default filed on November 6, 2017 (document number 65). Said Certification is being withdrawn without prejudice.

DATED: November 29, 2017

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC
 /s/Matthew C. Waldt
Matthew C. Waldt, Esquire
Attorney ID No. 203308
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant

200206-14

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Keith M. Woodson;<br><br>　　　　　　　　　Debtor | Chapter 13<br><br>Case No.: 16-17313-mdc |
| Nationstar Mortgage LLC,<br>　　　　　　　　　Movant,<br>vs.<br>Keith M. Woodson<br>　　　　　　　Debtor / Respondent,<br>and<br>William C. Miller,<br>　　　　　　　Trustee / Respondent. | |

## CERTIFICATION OF SERVICE

Matthew C. Waldt, Esquire counsel for Movant, hereby certifies that a copy of the Praecipe to Withdraw Certification of Default was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on November 29, 2017, addressed as follows:

| | |
|---|---|
| William C. Miller<br>Chapter 13 Trustee<br>1234 Market Street<br>Suite 1813<br>Philadelphia, PA 19107<br>*via electronic transmission* | Raymond M. Kempinski<br>1700 Market Street<br>Suite 1005<br>Philadelphia, PA 19103<br>*via electronic transmission* |

DATED: November 29, 2017

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC
　/s/Matthew C. Waldt
Matthew C. Waldt, Esquire
Attorney ID No. 203308
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant

200206-14