**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| KEITH M. WOODSON | : | |
| | : | BANKRUPTCY NO.: 16-17313 MDC |
| | : | |
| DEBTOR | : | |

**CERTIFICATION OF NO OBJECTION TO DEBTOR'S**
**MOTION TO RECONSIDER DISMISSAL ORDER AND REINSTATE CASE**

I, Raymond Kempinski, Esquire, counsel for Debtor, do hereby certify that:

1. On December 8, 2017, I caused to be served, by ECF or first class United States mail, postage prepaid, a true and correct copy of the Debtor's Motion to Reconsider Dismissal Order and Reinstate Case, upon the Standing Trustee, the U.S. Trustee, and the creditors on the list of creditors attached to the Certificate of Service.

2. As of the date hereof, no objection to the Motion has been served upon the undersigned.

WHEREFORE, the Motion is uncontested and the undersigned requests the Court to enter the proposed order submitted with the Motion, a copy of which is attached hereto.

Respectfully submitted,

Dated: February 22, 2018

/s/ Raymond M. Kempinski
Raymond M. Kempinski
Attorney I.D. No. 93839
1700 Market Street
Suite 1005
Philadelphia, PA 19103