UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| KEITH M. WOODSON | : | |
| | : | |
| Debtor | : | Bankruptcy No. 16-17313 MDC |

## ORDER

AND NOW, upon consideration of Debtor's Motion to Vacate Dismissal Order and Reinstate Bankruptcy Case, and there being no opposition to the Motion,

It is hereby ORDERED that:

1. The Motion is GRANTED.

2. That the Chapter 13 case filed by the Debtor that was dismissed on December 4, 2017 is hereby reinstated.

Dated: _February 22_, 2018

_Magdeline D. C_____
United States Bankruptcy Judge