United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-17313-mdc
Keith M Woodson                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP           Page 1 of 1            Date Rcvd: Feb 23, 2018
                          Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2018.
db             +Keith M Woodson,    2220 Melvin Street,   Philadelphia, PA 19131-2208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2018 at the address(es) listed below:
      BRIAN CRAIG NICHOLAS    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      JASON BRETT SCHWARTZ    on behalf of Creditor   Westlake Financial Services jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
      MATTEO SAMUEL WEINER    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Nationstar Mortgage LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor   NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
      RAYMOND M. KEMPINSKI    on behalf of  Raymond  Kempinski ray@colemankempinski.com, raykemp1006@gmail.com
      RAYMOND M. KEMPINSKI    on behalf of Debtor Keith M Woodson ray@colemankempinski.com, raykemp1006@gmail.com
      RAYMOND M. KEMPINSKI    on behalf of Trustee WILLIAM C. MILLER, Esq. ray@colemankempinski.com, raykemp1006@gmail.com
      REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| KEITH M. WOODSON | : | |
| | : | |
| Debtor | : | Bankruptcy No. 16-17313 MDC |

### ORDER

AND NOW, upon consideration of Debtor's Motion to Vacate Dismissal Order and Reinstate Bankruptcy Case, and there being no opposition to the Motion,

It is hereby ORDERED that:

1. The Motion is GRANTED.

2. That the Chapter 13 case filed by the Debtor that was dismissed on December 4, 2017 is hereby reinstated.

Dated: _February 22_, 2018

_Magdeline D. C_____
United States Bankruptcy Judge