# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| KEITH M. WOODSON, | ) | CASE NO. 16-17313-MDC |
| | ) | |
| Debtor | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| WESTLAKE FINANCIAL SERVICES, | ) | |
| Movant | ) | |
| vs. | ) | |
| | ) | |
| KEITH M. WOODSON, Debtor | ) | **LOCATION**: |
| And LAKEISHA ADKINS, | ) | U.S. Bankruptcy Court |
| Respondent | ) | Robert N.C. Nix Federal Courthouse |
| and | ) | Courtroom # 2 |
| WILLIAM C. MILLER, | ) | 900 Market Street |
| Trustee | ) | Philadelphia, PA 19107 |
| | ) | |

## ORDER

AND NOW, this 11th day of April, 2018, based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. The automatic stay and codebtor stay are lifted with respect to the Movant.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2006 Nissan Quest S Special Edition Minivan 4D, V.I.N. 5N1BV28U86N116681) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

Please send copies to:

Keith M Woodson
2220 Melvin Street
Philadelphia, PA 19131

Raymond Kempinski, Esquire
Law Office of Raymond Kempinski
1700 Market Street
Suite 1005
Philadelphia, PA 19103

William C. Miller
P.O. Box 1229
Philadelphia, PA 19105

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107