## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| **Keith M. Woodson** | :    CHAPTER 13 |
| | : |
| **Debtor.** | :    Case No. 16-17313-(MDC) |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Keith M. Woodson.

                                       Respectfully submitted,

Date: April 13, 2018                BY: _/s/ *Stephen M. Dunne*_
                                                      Stephen M. Dunne, Esquire
                                                      Dunne Law Offices, P.C.
                                                      1515 Market Street, Suite. 1200
                                                      Philadelphia, PA  19102
                                                      (215) 551-7109 Phone
                                                      (215) 525-9721 Fax