United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 16-17313-mdc
Keith M Woodson                                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP              Page 1 of 1              Date Rcvd: Apr 11, 2018
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
db           +Keith M Woodson,   2220 Melvin Street,   Philadelphia, PA 19131-2208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Westlake Financial Services
               jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              RAYMOND M. KEMPINSKI    on behalf of  Raymond  Kempinski ray@colemankempinski.com,
               raykemp1006@gmail.com
              RAYMOND M. KEMPINSKI    on behalf of Debtor Keith M Woodson ray@colemankempinski.com,
               raykemp1006@gmail.com
              RAYMOND M. KEMPINSKI    on behalf of Trustee WILLIAM C. MILLER, Esq. ray@colemankempinski.com,
               raykemp1006@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| KEITH M. WOODSON, | ) | CASE NO. 16-17313-MDC |
| | ) | |
| Debtor | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| WESTLAKE FINANCIAL SERVICES, | ) | |
| Movant | ) | |
| vs. | ) | |
| | ) | |
| KEITH M. WOODSON, Debtor | ) | **LOCATION**: |
| And LAKEISHA ADKINS, | ) | U.S. Bankruptcy Court |
| Respondent | ) | Robert N.C. Nix Federal Courthouse |
| and | ) | Courtroom # 2 |
| WILLIAM C. MILLER, | ) | 900 Market Street |
| Trustee | ) | Philadelphia, PA 19107 |
| | ) | |

## ORDER

AND NOW, this 11th day of April, 2018, based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. The automatic stay and codebtor stay are lifted with respect to the Movant.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2006 Nissan Quest S Special Edition Minivan 4D, V.I.N. 5N1BV28U86N116681) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

Certificate of Notice    Page 3 of 4

Case 16-17313-mdc    Doc 91    Filed 04/13/18    Entered 04/14/18 00:57:01    Desc Imaged
Certificate of Notice    Page 3 of 4

_Magdeline D. Coleman_

Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

Please send copies to:

Keith M Woodson
2220 Melvin Street
Philadelphia, PA 19131

Raymond Kempinski, Esquire
Law Office of Raymond Kempinski
1700 Market Street
Suite 1005
Philadelphia, PA 19103

William C. Miller
P.O. Box 1229
Philadelphia, PA 19105

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107