# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 16-17313-MDC

KEITH M WOODSON

2220 MELVIN STREET

PHILADELPHIA, PA 19131

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

KEITH M WOODSON

2220 MELVIN STREET

PHILADELPHIA, PA 19131

Counsel for debtor(s), by electronic notice only.

STEPHEN MATTHEW DUNNE
1515 MARKET ST
SUITE 1200
PHILA, PA 19102-

                                            /S/ William C. Miller

Date: 6/4/2018                              _____

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee