**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| **KEITH M. WOODSON** | : | |
| | : | |
| **DEBTOR** | : | |
| | : | CASE NO:    16-17313-MDC |
| | : | |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED, than on June 5, 2018, a true and correct copy of the debtor's fourth amended chapter 13 plan was served upon all secured and priority creditors, the Debtor by first-class mail, postage pre-paid. The Chapter 13 Trustee and US Trustee received a copy by electronic service.

Respectfully submitted:

DUNNE LAW OFFICES. P.C.

Dated: June 5, 2018

By: /s/ *Stephen M. Dunne*
STEPHEN M. DUNNE. ESQUIRE
Attorney for Debtor
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 551-7109  Phone
(215) 525-9721 Fax