## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Keith M. Woodson,<br><br>               Debtor | Chapter 13<br><br>Case No.: 16-17313-mdc |
| Nationstar Mortgage LLC,<br>               Movant,<br>vs.<br>Keith M. Woodson,<br>               Debtor / Respondent,<br>and<br>William C. Miller, Esq.,<br>               Trustee / Respondent. | |

### ORDER

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on June 6, 2018 with regard to the above matter is APPROVED.

June 29, 2018

*Magdeline D. Coleman*

Hon. Magdeline D. Coleman, U.S.B.J.

200206-12