United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Keith M Woodson  
    Debtor

Case No. 16-17313-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Jun 29, 2018  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2018.  
db         +Keith M Woodson,    2220 Melvin Street,    Philadelphia, PA 19131-2208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2018 at the address(es) listed below:  
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         JASON BRETT SCHWARTZ    on behalf of Creditor    Westlake Financial Services jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
         SARAH K. MCCAFFERY    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT    c/o Rushmore Loan Management Services smccaffery@squirelaw.com  
         STEPHEN MATTHEW DUNNE    on behalf of Debtor Keith M Woodson bestcasestephen@gmail.com, dunnesr74587@notify.bestcase.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                         TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Keith M. Woodson,<br><br>　　　　　Debtor | Chapter 13<br><br>Case No.: 16-17313-mdc |
| Nationstar Mortgage LLC,<br>　　　　　Movant,<br>vs.<br>Keith M. Woodson,<br>　　　　　Debtor / Respondent,<br>and<br>William C. Miller, Esq.,<br>　　　　　Trustee / Respondent. | |

## ORDER
_____

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on June 6, 2018 with regard to the above matter is APPROVED.

June 29, 2018

_____
Hon. Magdeline D. Coleman, U.S.B.J.

200206-12