# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Keith M. Woodson;<br><br>               Debtor | Chapter 13<br><br>Case No.: 16-17313-mdc |
| Nationstar Mortgage LLC,<br>               Movant,<br>vs.<br>Keith M. Woodson<br>               Debtor / Respondent,<br>and<br>William C. Miller, Esq.,<br>               Trustee / Respondent. | |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION

NOW COMES, Nationstar Mortgage LLC, by and through the undersigned counsel, and hereby withdraws the Objection to Confirmation filed on November 8, 2016 (document number 14).

DATED: October 18, 2018

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC
  /s/Matthew C. Waldt
Matthew C. Waldt, Esquire
Attorney ID No. 203308
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Nationstar Mortgage LLC

200206-11

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Keith M. Woodson;<br><br>　　　　　　　　　Debtor<br><br>Nationstar Mortgage LLC,<br>　　　　　　　　　Movant,<br>vs.<br>Keith M. Woodson<br>　　　　　　　　　Debtor / Respondent,<br>and<br>William C. Miller, Esq.,<br>　　　　　　　　　Trustee / Respondent. | Chapter 13<br><br>Case No.: 16-17313-mdc |

## CERTIFICATION OF SERVICE

　　　　Matthew C. Waldt, Esquire counsel for Nationstar Mortgage LLC, hereby certifies that a copy of the Praecipe to Withdraw the Objection to Confirmation was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on October 18, 2018, addressed as follows:

| William C. Miller, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105<br>*via electronic transmission* | STEPHEN M. DUNNE, ESQ.<br>Dunne Law Offices, P.C.<br>1515 Market Street<br>Suite 1200<br>Philadelphia, PA 19102<br>*via electronic transmission* |

DATED: October 18, 2018

　　　　　　　　　Respectfully submitted,
　　　　　　　　　MILSTEAD & ASSOCIATES, LLC
　　　　　　　　　　/s/Matthew C. Waldt
　　　　　　　　　Matthew C. Waldt, Esquire
　　　　　　　　　Attorney ID No. 203308
　　　　　　　　　1 E. Stow Road
　　　　　　　　　Marlton, NJ 08053
　　　　　　　　　(856) 482-1400
　　　　　　　　　Attorneys for Nationstar Mortgage LLC

200206-11