## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| KEITH M. WOODSON | : | |
|       DEBTOR | : | CASE NO:   16-17313-MDC |
| _____ | : | |

## ORDER APPROVING COUNSEL FEE

AND NOW, this 29th day of May 2019, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$2,365.00** is approved and the balance due counsel in the amount of **$2,365.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT

_____
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:   Stephen M. Dunne, Esq.
1515 Market Street, Suite 1200
Philadelphia, PA 19102

William C. Miller, Esq.
Chapter 13 Trustee
PO Box 40119
Philadelphia, PA 19107

Keith M. Woodson
2220 Melvin Street
Philadelphia, PA 19131