United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-17313-mdc
Keith M Woodson                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: May 29, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.
db              +Keith M Woodson,    2220 Melvin Street,    Philadelphia, PA 19131-2208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    Westlake Financial Services
           jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          SARAH K. MCCAFFERY    on behalf of Creditor    U.S. Bank National Association, not in its
           individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT   c/o Rushmore Loan
           Management Services smccaffery@squirelaw.com
          STEPHEN MATTHEW DUNNE    on behalf of Debtor Keith M Woodson bestcasestephen@gmail.com,
           dunnesr74587@notify.bestcase.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                    TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | **CHAPTER 13** |
| **KEITH M. WOODSON** | : | |
| DEBTOR | : | **CASE NO:**   16-17313-MDC |
| _____ | : | |

### ORDER APPROVING COUNSEL FEE

AND NOW, this   29th   day of   May   2019,  in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$2,365.00** is approved and the balance due counsel in the amount of **$2,365.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

**BY THE COURT**

_Magdeline D. Coleman_
_____
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:     Stephen M. Dunne, Esq.
1515 Market Street, Suite 1200
Philadelphia, PA 19102

William C. Miller, Esq.
Chapter 13 Trustee
PO Box 40119
Philadelphia, PA 19107

Keith M. Woodson
2220 Melvin Street
Philadelphia, PA 19131