UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

:

IN RE:

| | | |
|---|---|---|
| Debtor | : | Bankruptcy case **#16-17313MDC** |
| KEITH M WOODSON | : | Chapter 13 |

**PRAECIPE TO WITHDRAW DOCUMENT**

:

To the Clerk of Court:

Please withdraw Trustee's Final Report filed on 01/15/20 docket entry # 151.

Respectfully submitted,

**/s/William C. Miller, Trustee**
Chapter 13 Standing Trustee

Date:JANUARY 17, 2019